UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIO POLANCO, *individually* and on behalf of others similarly situated<br><br>*Plaintiff,*<br><br>vs.<br><br>KAZ AMERICANA FAMILY DINER, INC., *a New York corporation*, and ANDREAS KYRIAKOU, *an individual*<br><br>*Defendants.*<br>-------------------------------------------------------X | CASE NO: 23-cv-01850<br><br>[PROPOSED FORM OF] **JUDGEMENT** |

## **JUDGMENT**

On June 19, 2023 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ELIO POLANCO have judgment against KAZ AMERICANA FAMILY DINER, INC. and ANDREAS KYRIAKOU, jointly and severally, in the amount of Twenty Two Thousand Dollars and Zero Cents ($22,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

_____
CATHY SEIBEL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK