UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIO POLANCO, *individually*
*and on behalf of others similarly situated*

CASE NO: 23-cv-01850

*Plaintiff,*

~~[PROPOSED FORM OF]~~
**JUDGEMENT**

vs.

KAZ AMERICANA FAMILY DINER, INC.,
*a New York corporation*, and ANDREAS
KYRIAKOU, *an individual*

*Defendants.*
--------------------------------------------------------X

## JUDGMENT

On June 19, 2023 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ELIO POLANCO have judgment against KAZ AMERICANA FAMILY DINER, INC. and ANDREAS KYRIAKOU, jointly and severally, in the amount of Twenty Two Thousand Dollars and Zero Cents ($22,000.00), which is inclusive of attorneys' fees and costs.

Dated:  June 19 , 2023

*Cathy Seibel*
_____
CATHY SEIBEL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK